UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MORIARTY

                                                                            PRISONER

     V.                                                 CASE NO. 3:03CV206 (WWE)(HBF)

WARDEN LESLIE BROOKS, ET AL.

**ORDER**

On June 3, 2003, the court dismissed the plaintiff's civil rights complaint against defendants Brooks and Strange on the ground that the plaintiff had failed to allege their personal involvement in the injury to plaintiff's leg and dismissed the complaint as to defendant Smith on the ground that he was entitled to judicial immunity. On July 2, 2003, the plaintiff filed a notice of appeal of the court's ruling. On September 24, 2004, the United States Court of Appeals for the Second Circuit issued a Mandate affirming this court's dismissal of the claims against defendant Strange, but vacating the court's dismissal of claims against defendant Smith and remanding the case with instructions to "engage in a more thorough absolute judicial immunity determination" and to permit the plaintiff to amend the complaint if he so chooses as to defendant Brooks. Mandate at 2.

Accordingly, the plaintiff is permitted leave to amend his complaint to allege the personal involvement of Warden Brooks and/or any other correctional employee in the accident that

resulted in the injury to plaintiff's leg.  The Clerk is directed to send one copy of the complaint and an amended complaint form to the plaintiff with a copy of this order.  The plaintiff shall file his amended complaint within thirty days of the date of this order.  The plaintiff need not submit any copies of the amended complaint or service forms to the court when he files his amended complaint.

SO ORDERED this <u>29th</u> day of November, 2004, at Bridgeport, Connecticut.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge