UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MORIARTY

    v.                                                               PRISONER
                                                                    Case No.    3:03CV206 (WWE)

LESLIE BROOKS
JAMES SMITH

<u>                           ORDER</u>

      The plaintiff's Application To Proceed In Forma Pauperis having been granted, he is directed to complete the enclosed 285 U.S. Marshal service forms. The plaintiff is directed to complete ONE 285 form for each defendant in his or her individual capacity at an address where the defendant may be found. The plaintiff is also directed to complete ONE 285 form to be served on the defendants c/o Attorney General to be used to serve these defendants in their official capacities. The address for the Attorney General is 55 Elm Street, Hartford, CT 06105.

      The plaintiff shall also submit four copies of the amended complaint. The plaintiff shall complete and return the enclosed forms and the copies of the amended complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal, **including sufficient copies of the Second Circuit's Mandate [doc. # 10]** for each defendant. The U.S. Marshal is directed to serve the amended complaint **and a copy of the Second Circuit's Mandate [doc. # 10]** on each defendant in his or her official and individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED in Bridgeport, Connecticut, this <u>14th</u> of January, 2005.

/s/
Holly B. Fitzsimmons
United States Magistrate Judge