UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>CIVIL NO. 3:03CV206 (WWE)(HBF) |
| V. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 4, 2005 |

## <u>APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Warden Leslie Brooks, only, in

his official and individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 4th day of May, 2005.

DEFENDANT
Warden Brooks

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
E-Mail: robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

**<u>CERTIFICATION</u>**

   I hereby certify that a copy of the foregoing was mailed to the following on this 4th day

of May, 2005:

   Michael Moriarty, No. 14634-014
   Otisville F.C.I.
   P.O. Box 1000
   Otisville, NY  10963

   Thomas Clifford
   Assistant Attorney General
   Office of the Attorney General
   55 Elm Street
   Hartford, CT  06106


          _____/s/_____
          Robert F. Vacchelli
          Assistant Attorney General