UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>NO. 3:03CV206 (WWE)(HBF) |
| V. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 4, 2005 |

**MOTION FOR EXTENSION OF TIME**

The defendant, Warden Leslie Brooks, by and through his undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully requests a 30 day extension of time, to and including June 3, 2005, within which to file an answer or motion addressed to the complaint  in the above captioned case.

The additional time is needed because counsel has just recently received the file and is in the process of collecting information necessary for the defense.  This is defendant's first request with respect to this time limitation.  Plaintiff is a pro se inmate.

Wherefore, the defendant requests a 30 day extension of time, to and including June 3, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT
Warden Leslie Brooks

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591
     E-Mail:  robert.vacchelli@po.state.ct.us
     Federal Bar #ct05222


## <u>CERTIFICATION</u>


     I hereby certify that a copy of the foregoing was mailed to the following on this 4th day

of May 2005:

     Michael Moriarty, No. 14634-014
     Otisville F.C.I.
     P.O. Box 1000
     Otisville, NY  10963

     Thomas Clifford
     Assistant Attorney General
     Office of the Attorney General
     55 Elm Street
     Hartford, CT  06106


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General