UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>CIVIL NO. 3:03CV206 (WWE)(HBF) |
| V. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 6, 2005 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Claims Commissioner James R. Smith, only, in his official and individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 6th day of May, 2005.

DEFENDANT
CLAIMS COMMISSIONER
JAMES R. SMITH

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General


BY:_____
Thomas P. Clifford, III
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Tel:  (860) 808-5050
Fax:  (860) 808-5388
E-Mail:  thomas.clifford@po.state.ct.us
Federal Bar #ct06241

2

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of May, 2005:

    Michael Moriarty, No. 14634-014
    Otisville F.C.I.
    P.O. Box 1000
    Otisville, NY  10963

    Robert Vacchelli
    Assistant Attorney General
    Office of the Attorney General
    110 Sherman Street
    Hartford, CT  06105


                                                    _____
                                                    Thomas P. Clifford, III
                                                    Assistant Attorney General