UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>NO. 3:03CV206 (WWE)(HBF) |
| V. | : | |
| WARDEN BROOKS, ET AL. | : | MAY 6, 2005 |

### MOTION FOR EXTENSION OF TIME

The defendant, Claims Commissioner James R. Smith, by and through his undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully requests a 30 day extension of time, to and including June 6, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel has just recently received the file and is in the process of collecting information necessary for the defense. This is defendant's first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendant requests a 30 day extension of time, to and including June 6, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT
CLAIMS COMMISSIONER
JAMES R. SMITH

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General


BY:_____
Thomas P. Clifford, III
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Tel.:  (860) 808-5050
Fax:  (860) 808-5388
E-Mail:  thomas.clifford @po.state.ct.us
Federal Bar #ct06421


### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of May 2005:

Michael Moriarty, No. 14634-014
Otisville F.C.I.
P.O. Box 1000
Otisville, NY  10963

Robert F. Vacchelli
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105


_____
Thomas P. Clifford, III
Assistant Attorney General

2