UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>NO. 3:03CV206 (WWE)(HBF) |
| V. | : |  |
| WARDEN BROOKS, ET AL. | : | MAY 31, 2005 |

## SECOND MOTION FOR EXTENSION OF TIME

The defendant, Warden Leslie Brooks, by and through his undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully requests a second 30 day extension of time, to and including July 5, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel, until recently, has been on trial in the case of Gibson v. Brooks, No 3:02 CV 1592 (WWE) and occupied with numerous other cases, delaying progress in the above case. Reports have been received and completion of the answer or motion will be accomplished within the next deadline. This is defendant's second request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendant requests a 30 day extension of time, to and including July 5, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT
Warden Leslie Brooks

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of May 2005:

Michael Moriarty, No. 14634-014
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Thomas Clifford
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT  06106

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
