FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2005 JUN -6  P 12: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>No. 3:03CV206 (WWE)(HBF) |
| v. | : | |
| WARDEN BROOKS, et al. | : | JUNE 3, 2005 |

### STATE CLAIMS COMMISSIONER'S MOTION TO DISMISS

The defendant, Claims Commissioner James R. Smith, by and through his undersigned counsel and pursuant to Rule 12(b)(1), (4), (5) and (6) of the Federal Rules of Civil Procedure hereby moves to dismiss the complaint in the above captioned case.

DEFENDANT
CLAIMS COMMISSIONER
JAMES R. SMITH

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General

BY: *Thomas P. Clifford III*
Thomas P. Clifford, III
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Tel.: (860) 808-5050
Fax: (860) 808-5388
E-Mail: thomas.clifford@po.state.ct.us
Federal Bar #ct06241

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of June 2005:

Michael Moriarty, No. 14634-014
F.C.I. Schuylkill, Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Robert F. Vacchelli
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Thomas P. Clifford, III
Assistant Attorney General