**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: MICHAEL P. MORIARTY #14634-014 | COURT CASE NUMBER: 3:03CV206(WWE) |
| DEFENDANT: JAMES R. SMITH/CONN. CLAIMS COMM. | TYPE OF PROCESS: COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ JAMES R. SMITH/CONNECTICUT CLAIMS COMMISSIONER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 18-20 TRINITY STREET HARTFORD, CT. 06106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. MORIARTY
REG. #14634-014
F.C.I. OTISVILLE
P.O. BOX 1000
OTISVILLE, N.Y. 10963

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

JAMES R. SMITH INDIVIDUAL CAPACITY
OFFICE HOURS 9AM - 5PM

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
*Michael P. Moriarty*
TELEPHONE NUMBER: —
DATE: 1/28/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk: Q.L.W.
Date: 3/22/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy: Q.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed 3/22/05
Returned 5/18/05 — ~~Executed~~ Unexecuted

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

Case 3:03-cv-00206-WWE    Document 24    Filed 06/07/2005    Page 2 of 2

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. MORIARTY #14634-014 | 3:03 CV 206 (WWE) |
| DEFENDANT | TYPE OF PROCESS |
| LESLIE BROOKS / RETIRED WARDEN | COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

LESLIE BROOKS C/O HENRI ALEXANDRE ASST. ATT. GEN.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CARE OF CONN. ATTORNEY GENERAL  55 ELM STREET  HARTFORD, CT. 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL MORIARTY
REG. #14634-014
F.C.I. OTISVILLE
P.O. BOX 1000
OTISVILLE, N.Y. 10963

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

HENRI ALEXANDRE     OFFICE HOURS
ASST. ATTORNEY GENERAL   9AM-5PM
IN CARE OF
LESLIE BROOKS (INDIVIDUAL CAPACITY) ADDRESS UNKNOWN

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

*Michael P. Moriarty*     DATE 1/28/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.I.W. | Date: 3/22/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy: G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Mailed 3/22/05
Returned 5/18/05 - ~~Executed~~ UNexecuted