UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MORIARTY
                                             PRISONER
  v.                          Case No. 3:03cv206 (WWE) (HBF)

LESLIE BROOKS, et al.

RULING ON MOTION FOR EXTENSION OF TIME

Defendant Brooks seeks an extension of time until July 5, 2005, to file a response to the amended complaint. The Motion [**doc. # 22**] is **GRANTED**.

SO ORDERED in Bridgeport, Connecticut, this 14th day of June, 2005.

                                                   _____/s/_____
                                                      Holly B. Fitzsimmons
                                          United States Magistrate Judge