UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>NO. 3:03CV206 (WWE)(HBF) |
| V. | : |  |
| WARDEN BROOKS, ET AL. | : | AUGUST 4, 2005 |

### MOTION FOR SUMMARY JUDGMENT
### BY THE DEFENDANT WARDEN BROOKS

The defendant, Warden Leslie Brooks, by and through his undersigned counsel and pursuant to Rule 56, F.R.Civ.P., respectfully moves the Court to render summary judgment in his favor for the reason there is no genuine issue as to any material fact and the defendant is entitled to judgment as a matter of law because:

1.  The Eleventh Amendment bars this action against the defendant in his official capacity.

2.  The State is not a "person" subject to liability under 42 U.S.C. § 1983.

3.  The plaintiff has failed to exhaust his prison administrative remedies required by the Prisoner Litigation Reform Act.

4.  The plaintiff has failed to demonstrate personal participation or responsibility.

5.  The Amended Complaint fails to state a claim upon which relief can be granted.

6.  The defendant is protected by his qualified immunity.

**ORAL ARGUMENT NOT REQUESTED**

7.      The Court should decline to accept jurisdiction over any state law claim in this case.

8.      The state law claims are barred by sovereign immunity, Conn. Gen. Stat. § 4-165, and for failure to exhaust state administrative remedies.

9.      Plaintiff's request for injunctive relief is not applicable to the defendant.

In support thereof, the defendant submits the attached Statement of Material Facts, Affidavits, Exhibits and Memorandum.

                    DEFENDANT
                    Warden Leslie Brooks

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:_____/s/_____
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591
     E-Mail:  robert.vacchelli@po.state.ct.us
     Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of August, 2005:

Michael Moriarty, No. 14634-014
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Thomas Clifford
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT  06106

                                                                        _____/s/_____
                                                                        Robert F. Vacchelli
                                                                        Assistant Attorney General