# EXHIBIT A

```
FILE:  BRIDGEPORT CCC                        MED FILE:
                                             DATE     SEQ    LOCATION          JUR  STA
DISCHARGE TO FEDERAL AUTHORITIES          10/03/2002  1   900 DISCHARGE         900   X
TRANSFER AMONG DOC LOCATIONS               9/16/2002  1   123 BRIDGEPORT CC     5FM   X
TRANSFER AMONG DOC LOCATIONS               6/06/2002  1   121 HARTFORD CCC      5FM   X
READMISSION, FROM FEDERAL AUTHORITIES      4/10/2002  2   123 BRIDGEPORT CC     5FM   X
DISCHARGE TO IMMIGRATION                   4/10/2002  1   900 DISCHARGE         900   X
TRANSFER AMONG DOC LOCATIONS               1/30/2002  1   121 HARTFORD CCC      5IM   X
DISG & HOLD FOR IMM AUTH                   1/29/2002  1   123 BRIDGEPORT CC     5IM   X
SENTENCE EXPIRED, HOLD ON CT CHARGES       1/10/2002  1   123 BRIDGEPORT CC     123   U
TRANSFER AMONG DOC LOCATIONS               1/08/2002  1   123 BRIDGEPORT CC     123   G
TRANSFER AMONG DOC LOCATIONS              11/16/2001  1   137 MCDGL/WLKR CI     137   G
TRANSFER AMONG DOC LOCATIONS              10/05/2000  1   115 OSBORN CCI        115   G
TRANSFER AMONG DOC LOCATIONS              10/04/2000  1   124 CORR/RAD CC       124   G
TRANSFER AMONG DOC LOCATIONS               8/14/2000  1   123 BRIDGEPORT CC     123   G
TRANSFER AMONG DOC LOCATIONS               8/07/2000  1   123 BRIDGEPORT CC     123   G
TRANSFER AMONG DOC LOCATIONS               1/18/2000  1   128 BROOKLYN CCC      128   G
SENTENCED BY COURT                         1/12/2000  1   123 BRIDGEPORT CC     123   G
TRANSFER AMONG DOC LOCATIONS               1/10/2000  1   123 BRIDGEPORT CC     123   G

V512   7/14/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N      NUMBER:  00155269                        ENTER FOR NEXT PAGE
```

```
                                        DATE     SEQ       LOCATION         JUR  STA
TRANSFER AMONG DOC LOCATIONS         12/20/1999   1    115 OSBORN CCI       115   G
START SERVING SENTENCE (1+)          12/17/1999   1    123 BRIDGEPORT CC    123   G
TRANSFER AMONG DOC LOCATIONS         12/02/1999   1    123 BRIDGEPORT CC    123   U
TRANSFER AMONG DOC LOCATIONS         11/08/1999   1    115 OSBORN CCI       115   U
READMISSION, CONTINUED                7/06/1999   1    123 BRIDGEPORT CC    123   U
PAROLE DISCHARGE FROM PARCOM          4/29/1987   1    910 D/CHG ALL SNT    900   G
NEW ENTRY,SENT-FROM PARCOM            3/24/1987   1    3BK CS3-CLIFFORD     7NY   G
```

V512   7/14/2005      CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60              END

TRANSACTION: P/N      NUMBER:   00155269