UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>NO. 3:03CV206 (WWE)(HBF) |
| V. | : | |
| WARDEN BROOKS, ET AL. | : | AUGUST 4, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendant, Warden Brooks, has manually filed the following documents:

- **Exhibits B, C and E** – Local Rule 56(a)(1) Statement

These documents have not been filed electronically because:

[ X ]   the documents cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabyte
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANT
Warden Leslie Brooks

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of August, 2005:

Michael Moriarty, No. 14634-014
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Thomas Clifford
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT  06106

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General