# EXHIBIT D



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| Inmate name *Michael Mousity* | Inmate no. *155268* |
|---|---|

Facility *OSBORN C.I.*   Housing unit *JBD-33*   Date *6-11-01*

[X] Line grievance   [ ] Line emergency   [ ] Health grievance   [ ] Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   *No request was returned and other valid papers I have only one copy of*

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   *Removed from room on 6-8-01 reason stated found sleeping on 5-29 logged in book given sick cell status by medical for that day. Money removed from inmate accounts has not been replaced*

3. Action requested. Describe what action you want taken to remedy the grievance.

   *① Given room back because nobody checked to see if I was given day off ② Money put back on account ③ Harassment from addiction services stopped*

Inmate signature *Michael Mousity*

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. *115-2001-49* | T no. | |
|---|---|---|
| Date received *6/13/01* | Disposition *Rejected* | Date of disposition *6-29-0(* |

Grievance issue *Unit Policy / Procedure*

Reasons

    The rejection of this grievance is based on your failure to follow an informal resolution "REQUEST TO STAFF". In the future, please utilize the chain of command to attempt to resolve your issues…i.e. Unit Counselor, Counselor Supervisor, Deputy Warden, etc…so that issues such as this can be handled quickly.

Level-1 reviewer *Warden Strange*

*An Equal Opportunity Employer*

| Inmate name | Michael Munrell | Inmate no. 15269 |
|---|---|---|

Housing Location J B D 33

# Inmate Grievance

# Confidential

---

### Disposition Code

R  Rejected  Your grievance does not comply with the requirements for filing a griev-
ance for the reasons stated.

D  Denied  The subject of your grievance is a grievable matter, but the grievance is
denied for the reasons stated.

C  Compromise  Some part(s) of your grievance is(are) justified. A remedy is offered con-
sistent with the part(s) of the grievance that is(are) justified.

U  Upheld  Your grievance is justified.

---

# Inmate Grievance Form A, Level 1

CN 9601A
7-1-98

## Connecticut Department of Correction

Inmate name _Michael Moriarty_    Inmate no. _155269_

Facility _Osborn_    Housing unit _J-BASE_    Date _6-26-01_

☐ Line grievance    ☒ Line emergency    ☐ Health grievance    ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   _Emergency grievance not possible_

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   _At 12:00 noon on this date I was called to speak with Ms. Ida Terry at J-Base Officers station were I was accused of lying manipulation etc. etc. She stated that she would speak with medical and their take care of me. This is ongoing harassment for the third time I am filing this as an emergency because I feel a relocation of housing is her plan of action_

3. Action requested. Describe what action you want taken to remedy the grievance.

   _Re-classification to kitchen A.S.A.P. and relocation to Q4 I already have a grievance on file in this matter dated 6-11-01_

Inmate signature _Michael Moriarty_

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. _115-2001-56_    T no.

Date received _6/27/01_    Disposition _Rejected_    Date of disposition _6-29-01_

Grievance issue _Non-grievable (Classification issue)_

Reasons

**Your grievance is being rejected because it is a non-grievable issue and it is not deemed an emergency. If you wish to file a formal complaint, you should follow the informal resolution chain of command and write to Deputy Warden Lorenzano.**

Level-1 reviewer _Warden Strange_

Housing Location __TBD-132__ | Inmate name __Michael Merritt__ | Inmate no. __155229__

 EMERGENCY

Confidential

Inmate Grievance

 EMERGENCY

---

### Disposition Code

R   Rejected     Your grievance does not comply with the requirements for filing a grievance for the reasons stated.

D   Denied       The subject of your grievance is a grievable matter, but the grievance is denied for the reasons stated.

C   Compromise   Some part(s) of your grievance is(are) justified. A remedy is offered consistent with the part(s) of the grievance that is(are) justified.

U   Upheld       Your grievance is justified.



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name _Michael Moriarty_    Inmate no. _155268_

Facility _OSBORN C.F._    Housing unit _E-30_    Date _10/21/0_

☐ Line grievance    ☐ Line emergency    ☒ Health grievance    ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   _Four requests sent to medical dept. with no response._

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   _Since 9-27-01 up to 10-20-01 I sent requests to medical dept totaling four. I have yet to receive any response. I am being denied injections I get for cluster migraines because my pass needs to be renewed. Wendy spoke to me on 10-13-01_

3. Action requested. Describe what action you want taken to remedy the grievance.

   _Either renew my pass or set up an appointment with Dr Estinee and follow up with my neurologist in Stamford. Tony Sanchez has info._

Inmate signature _Michael Moriarty_

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. _M1150113 4_    T no.

Date received _10/23/01_    Disposition _C_    Date of disposition _10/23/01_

Grievance issue _Medical treatment_

Reasons
_The order for your Imitrex has expired. I have placed your name on Dr 6 sime's list. He will evaluate you_

Level-1 reviewer _S Hughes CNS_