UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MORIARTY | : PRISONER<br>: NO. 3:03CV206 (WWE)(HBF) |
| V. | : |
| WARDEN BROOKS, ET AL. | : ~~JULY~~ August 4, 2005 |

### AFFIDAVIT OF DENNIS MORGAN

State of Connecticut   )
                       )  ss: Somers         July 28 2005
County of Tolland      )

The undersigned, Dennis Morgan, being duly sworn, deposes and says:

1.  I am employed by the Connecticut Department of Correction as the Grievance Coordinator for the Connecticut Department of Correction at the Osborn Correctional Institution in Somers, Connecticut.

2.  As Grievance Coordinator, I am familiar with the administrative remedies available to inmates, and the records of inmates who filed grievances pursuant to those remedies.

3.  In 2001, the Department of Correction had an administrative remedy available to inmates wherein they could complain about conditions of confinement or the actions of staff. A copy of DOC Directive 9.6, Inmate Grievances, establishing that remedy, is attached in Exhibit C.

4.  At the request of the Office of the Attorney General, I reviewed a copy of the plaintiff's Complaint in the above case dated December 20, 2004, wherein he complains of an injury allegedly sustained at the Osborn Correctional Institution on March 30, 2001.

5. Plaintiff was a sentenced inmate confined at the Osborn Correctional Institution at that time. <u>See</u> Movement Records, Exhibit A.

6. I searched the records to determine if the plaintiff ever filed a grievance complaining about staff or conditions that caused his injury, and I could find none, but I did find several others on other topics filed that year by Mr. Moriaty. <u>See</u> Grievances, Exhibit D.

Dated at Somers, Connecticut, this 28 day of ~~June~~ July, 2005.

_____
Dennis Morgan

Subscribed and sworn to before me this 28 day of ~~June~~ July, 2005.

_____
Notary Public / Commissioner of the Superior Court
LUIS A. MATTA
Notary Public
My Commission Expires Oct. 31, 2005

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of ~~July~~ August, 2005:

Michael Moriarty, No. 14634-014
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Thomas Clifford
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

_____
Robert F. Vacchelli
Assistant Attorney General

3