UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MORIARTY | PRISONER<br>: NO. 3:03CV206 (WWE)(HBF) |
| V. | : |
| WARDEN BROOKS, ET AL. | : ~~JULY~~ August 4, 2005 |

**AFFIDAVIT OF JOYCE WRIGHT**

State of Connecticut )
                        ) ss: Somers          July 8, 2005
County of Tolland )

The undersigned, Joyce Wright, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction as a correctional officer at the Osborn Correctional Institution in Somers, Connecticut. I have worked here as such since March, 1991.

2. On March 20, 2001, I was working in the J-Basement dormitory as the unit officer. My duties included touring the unit regularly to observe inmates for safety and security. I also supervised tiermen, who were inmates assigned to work at light cleaning jobs to help maintain the cleanliness of the unit. Such tiermen would receive necessary materials and supplies for their job from me, and they were ordinarily not permitted to retrieve supplies themselves, and plaintiff knew or should have known this procedure from his experience and staff instruction, including instruction from me.

3. On March 20, 2001, I heard a loud thud in the officers' area. I quickly proceeded to the area and saw Inmate Moriarty, a tierman working in the unit at the time, holding his left thigh, which was bleeding.

4. I did not observe how Inmate Moriarty was injured, but there were no other inmates involved and he later reported that he was standing on a five gallon bucket in the supply closet, trying to reach some supplies on top of a storage cabinet when he slipped and fell backwards onto a water tap, which caused the injury. See Incident Report, Exhibit B.

5. I did not instruct Inmate Moriarty to stand on the bucket. That is not a safe method to use to reach high areas, as he should have known and, if I had seen him doing that, I would have told him to get down and I would have arranged to supply him with the materials that he needed pursuant to the ususal procedure for tiermen work.

Dated at Somers, Connecticut, this 8 day of July, 2005.

*Joyce Wright*
Joyce Wright

Subscribed and sworn to before me this 8th day of July, 2005.

*[signature]*
Notary Public / Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of August, 2005:

Michael Moriarty, No. 14634-014
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Thomas Clifford
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT  06106

Robert F. Vacchelli
Assistant Attorney General

4