FILED
2005 AUG 29 P 2:11
DISTRICT COURT
BRIDGEPORT. CONN

United States District Court
District of Connecticut

Michael Moriarty : Case #3:03CV206(WWE)(HBF)

v :

Leslie Brooks, et al : Date - August 23, 2005

## Motion for Time Extension

Comes now the Plaintiff, Michael Moriarty, who hereby moves this court to grant an extension of time. Plaintiff recieved the Defendants motion for summary judgement and needs additional time to investigate their claims.

As this is the first request for add-

(1)

itional time since the case was remanded from the Court of Appeals, the Plaintiff asks the court for 60 days extension and he cites the rudimentary nature of his legal resource material, as well as the limited available time to spend in the law library due to his incarceration.

Plaintiff respectfully requests the court to grant this motion.

Respectfully Submitted

Michael P. Moriarty
Reg # 14634-014
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759



## Certificate of Service

The Plaintiff, Michael Moriarty, does hereby certify that a true and accurate copy of this motion was mailed first-class postage pre-paid to the addresses below on August 24, 2005

Michael Moriarty
Reg # 14634-014

Robert F Vacchelli
Asst. Attorney General
110 Sherman St
Hartford, Ct. 06105

Thomas Clifford
Asst. Attorney General
55 Elm Street
Hartford, Ct. 06106