UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MORIARTY

                                            PRISONER
V.                          CASE NO. 3:03CV206 (WWE) (HBF)

LESLIE BROOKS, ET AL.

### **RULING AND ORDER**

On June 6, 2005, defendant Smith filed a motion to dismiss the amended complaint.  On August 5, 2005, defendant Brooks filed a motion for summary judgment.  The plaintiff seeks an extension of time until October 23, 2005, to file a response to defendant Brooks' motion for summary judgment.  The Motion [**doc. # 29**] is **GRANTED nunc pro tunc.**

The plaintiff has failed to file his response to the motion for summary judgment.  In addition, the plaintiff has failed to file a response to the motion to dismiss or contact the court in any way since August 2005.  The plaintiff shall file his response to defendant Brooks' motion for summary judgment and defendant Smith's motion to dismiss on or before **February 28, 2006.**

SO ORDERED this 14th day of February, 2006 at Bridgeport, Connecticut.

                                                    _____/s/_____
                                                    Holly B. Fitzsimmons
                                                    United States Magistrate Judge