UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MORIARTY | : | |
| | : | PRISONER |
| v. | : | CASE NO. 3:03CV206 (WWE) |
| | : | |
| LESLIE BROOKS | | |
| WARDEN STRANGE | | |
| JAMES R. SMITH | : | |

JUDGMENT OF DISMISSAL

This cause came on for consideration on the plaintiffs' complaint before the Honorable Warren W. Eginton, Senior United States District Judge.

The Court has considered the complaint and all the related papers. On June 3, 2003, the Court filed its Ruling and Order dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and determining that an appeal would not be taken in good faith. Judgment entered for the defendants and the plaintiff appealed to the United States Court of Appeals for the Second Circuit.

On October 7, 2004, the United States Court of Appeals for the Second Circuit issued a Mandate vacating the this court's dismissal of the claims against defendant Smith and affirming this court's dismissal of the claims against defendants Strange and Brooks, but remanding the case with instructions to permit the plaintiff leave to amend to add claims against defendant Brooks. On December 27, 2004, the plaintiff filed an amended complaint.

On February 28, 2006, the Court issued a notice pursuant to Rule 41(a), D. Conn. Loc, Civ. R., informing the parties that this case had been inactive for six months and that the case would be dismissed unless a satisfactory explanation were received by the Court within twenty days. To date, the plaintiff has not provided any explanation for his failure to prosecute this

action.

Therefore, it is ORDERED, ADJUDGED AND DECREED that this case is dismissed as to defendant Strange pursuant to 28 U.S.C. § 1915(e)(2)(B) and dismissed without prejudice pursuant to Local Rule 41 as to defendants Brooks and Smith.

SO ORDERED this 20th day of March, 2006, at Bridgeport, Connecticut.

                                      KEVIN F. ROWE, Clerk

                                      By     /s/ Cynthia Earle

                                            Cynthia Earle
                                            Deputy Clerk

Entered on the Docket _____